IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 21-03156-01-CR-S-BP |
| RUSSELL GIVENS, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is a motion filed personally by Defendant, asking the Court for reconsideration of its order of detention. (Doc. 21.) Defendant is represented by an attorney in this case, and the Court "is not required 'to entertain pro se motions filed by a represented party.'" *United States v. Tollefson*, 853 F.3d 481, 485 (8th Cir. 2017) (citing *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001)). Furthermore, the Scheduling and Trial Order entered on December 27, 2021 states that pro se filings will not be accepted from defendants who are represented by counsel. (Doc. 15 ¶ VI(A).) Accordingly, the pro se Motion are **DENIED**. Any request of the Court must be made by and through Defendant's attorney. The Clerk's Office is directed to send a copy of this Order to Defendant via regular mail.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: April 7, 2022